**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. **19-cr-257-WJM**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ERIC KING,

    Defendant.

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about August 17, 2018, in the State and District of Colorado, the defendant, ERIC KING, did forcibly assault, resist, oppose, impede, intimidate, and interfere with D.W., an employee and officer of the Federal Bureau of Prisons, an agency of a branch of the United States Government as designated in Title 18, United States Code, Section 1114, and it is further alleged that the assault resulted in actual physical contact with, and bodily injury to D.W.

    //

    //

    //

    //

    //

All in violation of Title 18, United States Code, Section 111(a)(1), (b).

A TRUE BILL:


<u>Ink Signature on File in Clerk's Office</u>
FOREPERSON


JASON R. DUNN
United States Attorney

By: <u>*s/ Aaron M. Teitelbaum*</u>
Aaron M. Teitelbaum
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax:  303-454-0406
E-mail:  <u>Aaron.Teitelbaum@usdoj.gov</u>
Attorney for Government