| | |
|---|---|
| DEFENDANT: | ERIC KING |
| AGE/YOB: | **32/1986** |
| COMPLAINT FILED? | _____ Yes   ___X___ No<br><br>If Yes, MAGISTRATE CASE NUMBER: |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?     ___ Yes   _X_ No<br>     If No, a new warrant is required | |
| OFFENSE(S): | Count 1:<br>18 U.S.C. § 111(a)(1), (b), assault on a federal officer |
| LOCATION OF OFFENSE: | Fremont County, Colorado |
| PENALTY: | Count 1:<br>*NMT 20 years' imprisonment; $250,000 fine, or both; NMT 3 years' supervised release; $100 special assessment* |
| AGENT: | **Amber Cronan**<br>Special Agent, FBI |
| AUTHORIZED BY: | Aaron M. Teitelbaum<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

_X_ five days or less; ___ over five days

THE GOVERNMENT

_X_ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is not applicable to this defendant.