IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 19-cr-00257-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ERIC KING,

       Defendant.
_____

**MOTION TO WITHDRAW AS COUNSEL
AND REQUEST FOR TERMINATION OF ELECTRONIC SERVICE**
_____

The Officer of the Federal Public Defender, through Laura Suelau, Assistant Federal Public Defender, moves to withdraw as appointed counsel for the defendant, Eric King, and requests termination of electronic service in the above-captioned case.

Mr. King has retained private counsel, Sandra Freeman, who entered her appearance on September 25, 2019.  Doc. 17.

2

Wherefore, the undersigned respectfully moves this Court for an Order allowing the Office of the Federal Public Defender to withdraw as appointed counsel for Eric King, and termination of electronic service in this case.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/Laura Suelau
LAURA SUELAU
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
laura.suelau@fd.org
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

       I hereby certify that on September 25, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Aaron Teitelbaum, AUSA
    aaron.teitelbaum@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Eric King (U.S. Mail)

                                   s/Laura Suelau
                                   LAURA SUELAU
                                   Assistant Federal Public Defender
                                   633 17th Street, Suite 1000
                                   Denver, CO  80202
                                   Telephone:  (303) 294-7002
                                   FAX:  (303) 294-1192
                                   laura.suelau@fd.org
                                   Attorney for Defendant