**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00257-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ERIC KING,

    Defendant.

## UNITED STATES' UNOPPOSED MOTION FOR PROTECTIVE ORDER

The United States of America moves for a Protective Order under Fed. R. Crim. P. 16(d)(1) to cover the government's production of certain discovery. The undersigned has conferred with counsel for Defendant, who does not oppose this motion.

The Grand Jury returned a one-count Indictment charging Defendant with Assault on a Federal Officer, in violation of 18 U.S.C. § 111(a)(1), (b). ECF 1.

At the time of the alleged crime, Defendant was incarcerated at the Federal Correctional Institution in Florence, Colorado. *Id.* Good cause supports the Court's entry of the attached proposed Protective Order. *See* Fed. R. Crim. P. 16(d)(1) ("At any time the court may, for good cause, deny, restrict, or defer discovery and inspection, or grant other appropriate relief."). The discovery to be produced may include information that may implicate prison security and safety, the safety of persons both within and outside the prison, law enforcement techniques or investigations, and other sensitive personal information of inmates and Bureau of Prisons employees. The Bureau, as the sole owner and custodian of some of the discoverable documents, has an interest in

ensuring that this information is not subject to widespread dissemination.  The United States is also seeking this protective order to safeguard the privacy interests of the complaining witness in this matter, including privacy of medical information.

The Protective Order details the limits on the use of such confidential information, both during the case and after its termination.  Moreover, the Protective Order provides a mechanism for the parties to object to the designation of confidential information, which includes a mandatory conferral process before the issue is raised with the Court. *See* Proposed Protective Order at ¶ 11.  This provision in particular will minimize the necessity for judicial intervention in dealing with discovery materials.  *See Gillard v. Boulder Valley School Dist.*, 196 F.R.D. 382, 386 (D. Colo. 2000).

Accordingly, the United States respectfully requests that this unopposed motion be granted and that the Court enter a Protective Order in the form attached to this motion.

    Respectfully submitted,

    JASON R. DUNN
    United States Attorney


    *s/ Aaron Teitelbaum*
    Aaron M. Teitelbaum
    Assistant United States Attorney
    United States Attorney's Office
    District of Colorado
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    E-mail: aaron.teitelbaum@usdoj.gov

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 28, 2019, I filed the foregoing with the Clerk of Court which will send notification of such filing to all counsel of record.

                                *s/ Aaron Teitelbaum*
                                Aaron Teitelbaum
                                Assistant United States Attorney
                                United States Attorney's Office
                                District of Colorado