CONFIDENTIAL – DEFENDANT MAY VIEW BUT NOT POSSESS



Office of the Warden

U.S. Department of Justice

Federal Bureau of Prisons

Federal Correctional Institution

FCI Englewood, CO 80123

January 6, 2017

MEMORANDUM FOR   ▮▮▮▮▮▮▮▮   REGIONAL DIRECTOR
                      NORTH CENTRAL REGION

FROM:   ▮▮▮▮▮▮▮▮   Warden
        FCI Englewood, Colorado

SUBJECT:   Request for Immediate Temporary Transfer

         KING, Eric,
         Reg. No. 27090-045

This is to request the immediate temporary transfer of the above named inmate from FCI Englewood to FCC Florence. We have been in contact with the Warden at Florence, who concurs with this request. If approved, the inmate will be transported today, January 6, 2017. Inmate King made verbal and written threats to a Correctional Officer. The inmate also created depictions of the Correctional Officer's death and expressed a wish to burn down the facility with all staff members left to perish.

Should you require additional information, please contact me.



CONFIDENTIAL – DEFENDANT MAY VIEW BUT NOT POSSESS

INV_00000643