BP-A0286
AUG 11

INCIDENT REPORT CDFRM

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

## Part I - Incident Report 2936704

| 1. Institution: FCI Englewood | | | |
|---|---|---|---|
| 2. Inmate's Name<br>Eric King | 3. Register Number<br>27090-045 | 4. Date of Incident<br>01-06-2017 | 5. Time<br>830 AM |
| 6. Place of Incident<br>SIS Office | 7. Assignment<br>Unassigned | 8. Unit<br>SHU | |
| 9. Incident<br>Conduct disruptive to security or orderly running of a BOP facility; Most like (203) Threatening another with bodily harm. | | 10. Prohibited Act Code(s)<br>299 most like 203 | |

**11. Description Of Incident** (Date: 01/06/2017 Time: 11:00 AM Staff became aware of incident)

On 01-06-2017, while inspecting outgoing mail for inmate Eric King I discovered several handwritten pages directed to an individual in Hawaii. The pages had references which include burning prisons, shooting cops and other anti-government statements. The envelope also contained a hand drawn depiction of what appears to be a BOP facility on fire. Based on the content of the writing, King was placed in the SHU for further investigation, since previous writings belonging to him have been placed on an online blog. Upon reporting to the Lieutenant's office, Kings property was searched which included a mesh bag he was carrying. Inside the bag was a black book with an Anarchy symbol on the outside. Upon inspecting the black book, I discovered more handwritten statements and pictures matching the pages I discovered in the outgoing mail. On these pages was a drawing depicting the death of a specific staff member at FCI Englewood. The drawing showed 2 people holding hands, standing over what appears to be a grave marker with the staff member's name, the dates 1973-2017 and always a scumbag on it. Above the picture is written he died how he lived. The book also contained the specific statement "I want to smash every "CO" and smash every prison, as well as other anti-government statements.

| 12. Typed Name/Signature of Reporting Employee<br>[redacted] | 13. Date And Time<br>1/6/2017 2:00 PM |
|---|---|
| 14. Incident Report Delivered to Above Inmate By<br>(Type Name/Signature)<br>[redacted] | 15. Date Incident Report Delivered<br>1/6/17 | 16. Time Incident Report Delivered<br>3:04 pm |

## Part II - Committee Action

**17. Comments of Inmate to Committee Regarding Above Incident**
It is rediculous. No where in the BoP handbook does it say that drawing cartoons of unsticy powers is against the rules.

**18. A.** It is the finding of the committee that you:
___ Committed the Prohibited Act as charged.
___ Did not Commit a Prohibited Act.
___ Committed Prohibited Act Code(s) _____

**B.** ✗ The Committee is referring the Charge(s) to the DHO for further Hearing.

**C.** ___ The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

**19. Committee Decision is Based on Specific Evidence as Follows:**
Statements by staff in section 11 / S/King had written pages about burning prisons, stating cops and I want to smash every CO.

**20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act)**
If DHO finds guilty UDC recomd appropriate sanctions available to inmate

**21. Date And Time Of Action** 1-12-17  12:50p  (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings.)

[redacted]

| Chairman (Typed Name/Signature) | Member (Typed Name) | Member (Typed Name) |
|---|---|---|

PDF                                    Prescribed by P5270                    Replaces BP-S288.052 Of MAY 94

INV_00000170

| Part III - Investigation | 22. Date And Time Investigation Began<br>1-06-2017   3:06 PM |
|---|---|

**23. Inmate Advised Of Right To Remain Silent:** You are advised of your right to remain silent at all stages of the discipline process. Your silence may be used to draw an adverse inference against you at any stage of the discipline process. Your silence alone may not be used to support a finding that you have committed a prohibited act.
8The Inmate Was Advised Of The Above Right By ▓▓▓▓▓▓▓▓ At (Date/time) 1-06-2017   3:06 PM  1-12-17 12:50

**24. Inmate statement and attitude**

Inmate King, E. Reg. No. 27090-045, was advised of his rights and indicated verbally that he understood his rights. The content of the report was read and a copy was given to inmate King stated "No Comment".

Inmate King displayed a fair attitude during this investigation and he was given a copy of this report.

**25. Other facts about the incident, statements of those persons present at scene, disposition of evidence, etc.**

Inmate King requested no witnesses.

**26. Investigator's comments and conclusions**

Based upon the information stated in section 11 of the report and supporting documentation, I find this to be sufficient evidence to support the charges as filed.

Supporting documentation was forwarded to the DHO.

**27. Action taken**

This report has been forwarded to the UDC. Inmate was transferred from FCI Englewood to FCI Florence.

Date and Time Investigation Completed  1-06-2017   3:22 PM

Printed Name/Signature Of Investigator ▓▓▓▓▓▓▓▓   Title LIEUTENANT

BP-A0304
JAN 17

**DISCIPLINE HEARING OFFICER REPORT**

**U.S. DEPARTMENT OF JUSTICE**                                **FEDERAL BUREAU PRISONS**

| Institution: FCI Florence | Incident Report number: 2936704 | |
|---|---|---|
| NAME OF INMATE: King, Eric | REG. NO.: 27090-045 | UNIT: M/A |
| Date of Incident Report: 1/6/2017 | Offense Code: 299ML203 | |
| Date of Incident: 1/6/2017 | | |
| Summary of Charges: Conduct Disruptive to Security or Orderly Running of a BOP facility Most Like Threatening Another With Bodily Harm | | |

**I. NOTICE OF CHARGE(S)**

A. Advanced written notice of charge (copy of Incident Report) was given to inmate on (date) **1/6/2017** at (time) **1506** (by staff member) ▓▓▓▓▓▓▓▓

B. The DHO Hearing was held on (date) **2/10/2017** at (time) **1139**

C. The inmate was advised of the rights before the DHO by (staff member): ▓▓▓▓▓▓▓▓ on (date) **1/12/2017** and copy of the advisement of rights form is attached.

**II. STAFF REPRESENTATIVE**

A. Inmate waived right to staff representative. Yes **X**  No ___.

B. Inmate requested staff representative and **N/A** appeared.

C. Staff Representative statement:
N/A

D. Requested staff representative declined or could not appear but inmate was advised of option to postpone hearing to obtain another staff representative with the result that: (New Staff Representative Name) _____ was selected.

E. Staff representative _____ was appointed.

**III. PRESENTATION OF EVIDENCE**

A. Inmate ___ (admits) **X** (denies) ___ (neither) the charge(s).

B. Summary of inmate statement:
"I am in prison for protesting, so a lot of anti-government sites support me. My wife and I are not responsible for this. This book is my meditation book. Prison is stressful as hell. At Englewood, I am harassed constantly, called a terrorist and scum. There are only certain things you can do to handle that. I use that book to draw pictures and make light of things that are bothering me. I talked to SIS weekly and told me what I could and could not do with my drawings. I tried to stay within the guidelines they provided. That picture, the officer had threatened my kids, I had filed a BP-8 and BP-9 about it but he came back. When he came back I drew the picture to handle it. I was expressing myself to myself; I am not distributing them to anyone. This is how I handle my stress. It was searched every week. I carry it with me everywhere. They go through it all the time. When I finished the book, I was done with it; I was mailing it home so it wasn't cluttered there. I was going to start a new one. If I thought I was breaking rules, I would have tried to go around it. I used regular mail. It is a book to release frustration and anger. Being happy someone is dead is not threatening them. I was very mindful when I was writing. This is shocking. This is my meditation book, my spiritual book. There is pro-feminist and pro-gay stuff. I have never had to write it out before. I have never had to deal with staff about it. I have gone a month without visits, without my wife. I know I am getting transferred no matter what, sent away from my family. I just wanted to do drawings to make myself feel better. This is hurtful and scary. I changed the name on the picture (of the tombstone) to make it less threatening. I changed the name and birthday on it. If I had known all of this would happen, I would have never drawn the pictures. There are no fights or incidents at Englewood, so I never thought they would take the pictures the way they did. I wish I could take that back."

C. Witnesses:
1. Inmate waived right to witness. Yes **X** No ___

| BP-A0304 JAN 17 | DISCIPLINE HEARING OFFICER REPORT | |
|---|---|---|
| U.S. DEPARTMENT OF JUSTICE | | FEDERAL BUREAU PRISONS |

| Name of Inmate: King, Eric | Reg. No.: 27090-045 | Hearing Date: 2/10/2017 |
|---|---|---|

2. The following persons were called as witness at this hearing and appeared (Each witness name and statement listed below):

3. The following persons requested were not called for the reason(s) given (Each witness name and statement listed below):

4. Unavailable witnesses were requested to submit written statements and those statements received were considered (Each witness name and statement listed below).

D. Documentary Evidence: In addition to the Incident Report and Investigation, the DHO considered the following documents: three e-mails, 12 pages printed from Support Eric King website, 14 pages copied from a book confiscated from King.

E. Confidential information was used by DHO in support of his findings, but was not revealed to the inmate. The confidential information was documented in a separate report. The confidential information has been (confidential informants have been) determined to be reliable because: _____.

IV. FINDINGS OF THE DHO

__X__ A. The act was committed as charged.

_____ B. The following act was committed:

_____ C. No prohibited act was committed: Expunge according to Inmate Discipline PS.

V. SPECIFIC EVIDENCE RELIED ON TO SUPPORT FINDINGS (Physical evidence, observations, written documents, etc.):

You were advised of your rights before the Discipline Hearing Officer and stated you understood those rights. You confirmed you did not request a staff representative or witnesses. The DHO noted and you confirmed you did not have documentary evidence to be considered on your behalf.

The DHO finds you committed the prohibited act of **Conduct Disruptive to Security or Orderly Running of a BOP facility Most Like Threatening Another With Bodily Harm, Code 299 Most Like Code 203**, based on your possession of a black book which contained various handwritten statements to include, "I want to smash every 'CO' and smash every prison," as well as a depiction of two people, holding hands, standing over a grave marker with a staff member's name and the dates 1973-2017, and the handwritten statement, "He died how he lived." The finding was also based on an additional hand-drawn depiction of a person in the process of striking another dressed in a police or correctional worker's uniform along with the statement above, "He wasn't actually a zombie, but she didn't want to take any chances."

The DHO bases this finding on the incident report writer's statement in Section 11 which indicates wile inspecting your outgoing mail staff discovered several handwritten pages directed to an individual in Hawaii. According to the report, the pages had references which included burning prisons and shooting cops along with other anti-government rhetoric. The envelope contained a hand-drawn depiction of a Bureau of Prisons institution on fire. You were subsequently placed in the Special Housing Unit (SHU) as staff were aware of previous writings belonging to you were placed on an online blog. Upon search of the mesh bag you carried to the Lieutenants' Office, staff found a black book with an anarchy symbol displayed on the cover. Inspection of the black book revealed additional handwritten statements and pictures which resembled those discovered in the outgoing mail. More specifically, staff found a hand-drawn depiction of a specific staff member at FCI Englewood. The depiction included two people holding hands, standing over a grave marker with the staff member's name, and the dates 1973-2017 along with the statement, "Always a scumbag on it." According to the report, above the picture

2

| BP-A0304 | **DISCIPLINE HEARING OFFICER REPORT** | |
|---|---|---|
| JAN 17 | | |
| **U.S. DEPARTMENT OF JUSTICE** | | **FEDERAL BUREAU PRISONS** |

| Name of Inmate: King, Eric | Reg. No.: 27090-045 | Hearing Date: 2/10/2017 |
|---|---|---|

handwritten statement, "He died how he lived." The report writer also indicates the black book contained the statement, "I want to smash every 'CO' and smash every prison," along with other anti-government rhetoric. In determining a finding of guilt, the DHO considered 14 pages copied from the book confiscated from you. The DHO was able to confirm the presence of the handwritten statements along with the depictions described in Section 11 of the disciplinary infraction. The DHO also considered three e-mails along with twelve pages printed from the Support Eric King website.

During the investigative process you stated, "No comment." During your UDC hearing, you expressed your opinion of the ridiculousness of the report. You said there was nowhere in the Bureau of Prisons handbook that drawing cartoons or writing poems is against the rules. During your DHO hearing, you admitted to authoring the writings and drawing the depictions described. However, you indicated you only utilize those as an outlet when you're frustrated. You admitted the depiction of the grave was in reference to a specific staff member with whom you had filed a grievance against. You indicated you changed the spelling of the name believing that would make the expression less threatening. The DHO considered your contention you only use the depictions and writings as an outlet for frustration. However, the DHO noted your acknowledgement staff would perceive the drawings as threatening, therefore changing the spelling to make it by your own admission, "less threatening." The DHO also reminded you of your admission you were frustrated with the staff member and angry at him because of alleged threats he made against your children. You expressed disbelief he continued to be authorized to work near you despite the alleged threats. The DHO advised it is reasonable to believe the depiction of the grave where you reference a specific staff does, in fact, express your wishes to see him dead. The DHO advised that, although the drawing is not a blatant threat showing your intention to cause the death, you clearly intended and were successful in exhibiting grave undertones in reference to that specific staff member. The DHO also finds it reasonable to believe the context of the writings and various other drawings located in your possession exhibit a threat to not only the staff member referenced but any others who work in law enforcement as well as the government. The DHO reminded you of your specific writings where you state, "I want to smash every 'CO' and smash every prison." The DHO advised these statements and hand-drawn depictions of scenarios such as the so-called zombie police officer, who you express in the depiction was not actually a zombie, being "smashed" with a large axe-type weapon lends to support your hatred of those who work in law-enforcement along with your objective to see them harmed.

Based on the greater weight of the evidence which includes the staff member's written statement in Section 11 along with the supporting evidence outlined above, confirming your possession of writings and depictions exhibiting an objective to see law enforcement and/or government employees harmed, the DHO finds you committed the prohibited act **Conduct Disruptive to Security or Orderly Running of a BOP facility Most Like Threatening Another With Bodily Harm, Code 299 Most Like Code 203.**

VI. SANCTION OR ACTION TAKEN (List each prohibited act with respective sanctions for that act):
Sanctioned Code 299ML203:
27 Days Disallow Good Conduct Time
15 Days Disciplinary Segregation Suspended 180 Days
60 Days Loss of Commissary Privileges
60 Days Loss of Visiting Privileges
60 Days Loss of Phone Privileges

VII. REASON FOR EACH SANCTION OR ACTION TAKEN:
The behavior on the part of any inmate to make any sort of threat towards any person poses a serious threat to the health, safety, and welfare of not only himself but all other inmates and staff within the institution. In the past, evidence has clearly shown threats to be carried out by inmates or other inmates who may have witnessed the threat being made. This kind of behavior cannot and will not be tolerated from any inmate. The

3

| BP-A0304 JAN 17 | DISCIPLINE HEARING OFFICER REPORT | |
|---|---|---|
| U.S. DEPARTMENT OF JUSTICE | | FEDERAL BUREAU PRISONS |

| Name of Inmate: King, Eric | Reg. No.: 27090-045 | Hearing Date: 2/10/2017 |
|---|---|---|

sanctions imposed by the DHO were taken to let you know that you and you alone will be held responsible for your behavior at all times.

The sanction of disallowance of good conduct time (DGCT) was imposed to emphasize the seriousness of the offense as well as to comply with mandatory sanctioning guidelines for inmates sentenced under the Prison Litigation Reform Act (PLRA).

The sanction of disciplinary segregation (DS) was imposed to emphasize the seriousness of the offense but was suspended as the DHO believes the suspended sanction will provide sufficient deterrence of similar future misconduct.

The sanctions of loss of commissary, visiting, and phone were imposed to enforce the standard that inmates be held accountable for their actions and to deter future misconduct.

VIII. APPEAL RIGHTS: **X** The inmate has been advised of the findings, specific evidence relied on action and reasons for the action. The inmate has been advised of the right to appeal this action within 20 calendar days under the Administrative Remedy Procedure. A copy of this report has been given to the inmate.

IX. Discipline Hearing Officer

| Printed Name | Signature | Date |
|---|---|---|
| ███████████ | ███████████ | 3-21-2017 |

DHO report delivered to Inmate by: _____

| Printed Name (Staff) | Signature: | Date and Time: |
|---|---|---|
| ███████████ | ███████████ | 3/24/17 0900 |

Prescribed by P5270                    Replaces BP-A0304 of AUG 11

4

INV_00000169