# Certificate of Completion

Presented to

## ERIC KING

IN RECOGNITION OF HIS SERVICE TO THE EDUCATION DEPARTMENT IN TEACHING:

Adult Continuing Education Class in:

## POETRY CLASS

THIS CERTIFICATE IS HEREBY ISSUED THIS __11TH__ DAY OF __SEPT 2017__

_____
COORDINATOR