

FROM: 27090045 KING, ERIC G

TO: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>

SUBJECT: RE: 10:37

DATE: 08/17/2018 01:13 PM

I got thjis after our phone call, so did you end up hanging out with the girls? I bet they were so happy to see you and know that

you are ok (hearing and seeing are different, at least for me).

Your voice sounds so damn raspy and cute, it always sounds that way post-surgery, and probably always will sound that way

during your upcoming 23423 surgeries lol..

So you want to hear great news?! A newer Paisa ROCKED A LT!! That's why we were locked down for a little bit lolol! One for

the home team! I hope that the weight of every prisoner who has been disrespected, felt belittled, felt less than human by any

guard or Lt ever was behind that punch. Wish I would have gotten to see it or hear it or experience it via VR. This is a win for

every prisoner ever. Hard to stop smiling thinking about it.

I love you so much and am so happy that the surgery went well. You are the most.



1