FD-302 (Rev. 5-8-10)                    - 1 of 1 -           

# FEDERAL BUREAU OF INVESTIGATION

Date of entry   11/21/2018

    On November 15, 2018, ██████████, Special Investigative Services (SIS) Lieutenant, US Penitentiary High Security (USP), 5880 Highway 67 South, Florence, Colorado, ████████████████████████████ notified the writer that the original Advice of Rights form used by ████████████████████ ██████████, during the August 20, 2018 interview of inmate ERIC KING, register number (reg no) 27090-045, was misplaced. ███ was unable to locate the original document after an extensive search.

    A scanned copy of the document was previously provided by Federal Correctional Institution (FCI) SIS Lieutenant ████████████ on September 10, 2018 and was documented in serial 9 of the captioned case.

Investigation on  11/15/2018  at  Florence, Colorado, United States (In Person)

File # ████████████                                       Date drafted  11/20/2018

by  ████████████

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.