

PO Box 1866, Snohomish WA 98291
amanda.schemkes@gmail.com
Phone: 425-314-7511

September 20, 2018

To:

James P. Wiencek, Senior Attorney
Special Assistant United States Attorney
Federal Bureau of Prisons - ADX Florence
jwiencek@bop.gov

Christopher B. Synsvoll, Supervisory Attorney
Colorado Consolidated Legal Center
United States Penitentiary, Administrative Maximum
csynsvoll@bop.gov

FCI Florence
FLF/ExecAssistant@bop.gov

USP Florence
FLP/ExecAssistant@bop.gov

North Central Regional Office
NCRO/ExecAssistant@bop.gov


I represent Bureau of Prisons inmate Eric G. King #27090-045. I am working with a legal team to investigate the treatment of Mr. King by BOP staff in relation to Mr. King's transfer from FCI Florence to USP Florence to USP Leavenworth in August 2018 to determine whether to file a lawsuit. We anticipate filing a lawsuit against the BOP and staff members at FCI Florence and USP Florence, and we expect litigation to commence shortly. The purpose of this letter is to notify you of the obligation that the BOP and staff at FCI Florence and USP Florence have to take reasonable steps to preserve and retain all hard copies and electronically stored information (ESI), as defined by Rule 34 of the Federal Rules of Civil Procedure, relevant to this action.

To fulfill your preservation obligation, you must take reasonable steps to preserve all hard copy documents and ESI relevant to this action, including, but not limited to:
    (a) suspending the data destruction and backup tape recycling policies at FCI Florence and USP Florence;
    (b) preserving relevant software, including legacy software (unless an exact copy or mirror image is made and stored) and hardware that is no longer in service but was in service during the relevant time period;

(c) retaining and preserving necessary information to access, review, and reconstruct (if necessary) relevant ESI, including identification codes and passwords, decryption applications, decompression software, reconstruction software, network access codes, manuals, and user instructions;

(d) retaining and preserving all relevant backup tapes or other storage media; and

(e) any other reasonable steps necessary to prevent the destruction, loss, override, or modification of relevant data, either intentionally or inadvertently, such as through modification of the document retention policy and systems at FCI Florence and USP Florence.

All ESI must be preserved intact and without modification.

This above list is not exhaustive and the BOP and FCI Florence and USP Florence staff must preserve all information that is potentially relevant to this action.

We believe that, among other information, the following information is relevant to the case and must be preserved:
- Video footage of the area outside the office of Lieutenant Wilcox on August 16, 2018.
- Video footage of Mr. King in restraint devices at FCI Florence on August 16 and 17, 2018.
- Video footage of Mr. King in a cell at FCI Florence on August 16 and 17, 2018.
- Video footage of Mr. King and interactions with staff at FCI Florence on August 16 and 17, 2018, including but not limited to interactions with corrections officers, medical staff, and SIS staff.
- Video footage of Mr. King in restraint devices at USP Florence beginning on August 17, 2018, and for the subsequent 4 days.
- Video footage of Mr. King in a cell at USP Florence beginning on August 17, 2018, and for the subsequent 4 days.
- Video footage of Mr. King and interactions with staff at USP Florence beginning on August 17, 2018, and for the subsequent 4 days, including but not limited to interactions with corrections officers, medical staff, and SIS staff.
- Communications among and between staff at FCI Florence and USP Florence about Mr. King.
- Communications among and between staff at FCI Florence and USP Florence with USP Leavenworth about Mr. King.
- All documents describing the treatment of Mr. King at FCI Florence and USP Florence from August 16, 2018, until his transfer to USP Leavenworth.

The foregoing list is not exhaustive and the BOP and FCI Florence and USP Florence must preserve all information relevant to this action.

Potentially relevant ESI may include:

(a) active, archived, and deleted copies of ESI, such as emails, voicemails, text messages, instant messages (IMs), calendars, word processing files, spreadsheets, PDFs, JPEGs, database files, temporary internet files, cookies, and .ZIP files, among others; and

(b) the ESI's metadata, including the date it was created, the date it was last modified, and the name of the individual who created it

whether stored online, offline, in a cloud-based server or in other electronic storage, or on any computers, handheld devices, tablets, cell phones, or other devices over which the BOP and/or FCI Florence staff and/or USP Florence staff have possession, custody, or control.

Failure to preserve relevant data may constitute spoliation of evidence, which may subject the BOP and FCI Florence and USP Florence staff to sanctions. We trust that all relevant hard copy documents and ESI will be preserved for the duration of this action. In the event of a dispute arising out of your failure to preserve documents, we will rely on this letter in court as evidence of our request and notice of preservation obligations.

Thank you in advance for your cooperation.

Sincerely,

Amanda Schemkes, AAL

2