IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

CASE NO. 19-CR-00257-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

ERIC KING,

Defendant

## MOTION TO WITHDRAW AS COUNSEL

Comes now Sandra C. Freeman, lead counsel for Eric King, defendant, to respectfully request that this Court enter an order permitting counsel Sandra Freeman to withdraw from representation in this matter. In support of this request, counsel states the following:

1. As indicated in in a previous request for a Continuance, in November 2019 counsel Sandra Freeman was diagnosed with health conditions necessitating the assistance of co-counsel. *See* Docket No. 29, ¶10.

2. In the past two weeks counsel Freeman's condition has deteriorated significantly such that withdrawal is now necessary.

3. Counsel has informed Mr. King of the impairment in counsel's ability, and of counsel's duties pursuant to the Colorado Rules of Professional Conduct.

4. Counsel has conferred with the government. The government takes no position on the motion to withdraw, which the government maintains is a matter between counsel and Mr. King.

5. Counsel is aware of counsel's ongoing duties and pursuant to Colo. RPC 1.16(d) counsel will take all necessary steps to protect Mr. King's interests and ensure that counsel's withdrawal is minimally prejudicial to Mr. King.

For the foregoing reasons and any others that may appear to this Court, counsel Sandra Freeman requests that the Court grant this request to withdraw as counsel for Eric King.

Respectfully Submitted,

*s/ Sandra C. Freeman*
SANDRA C. FREEMAN
Law Office of Sandra C. Freeman, LLC
7456 W. 5th Avenue, Suite 300
Lakewood, Colorado 80226
Telephone:    720-593-9004
Email:            sandra.c.freeman@gmail.com

CERTIFICATE OF SERVICE

        I hereby certify that on June 19, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of this filing to following address:

Aaron Teitelbaum, Esq.
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Phone: 303-454-0100
Email: aaron.teitelbaum@usdoj.gov

I further certify that I have mailed or served this filing with the non-CM/ECF Participant with this document via hand delivery:

Eric King, #27090-045
FCI Englewood
Federal Correctional Institution
9595 West Quincy Ave
Littleton, Colorado 80123

*s/ Sandra C. Freeman*
SANDRA C. FREEMAN
Law Office of Sandra C. Freeman, LLC.
7456 W. 5th Avenue, Suite 300
Lakewood, Colorado 80226
Telephone:	720-593-9004
Email:	sandra.c.freeman@gmail.com