**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
_____

| | |
|---|---|
| UNITED STATES,<br>　　　　　　　　Plaintiff,<br><br>v.<br><br><br>ERIC KING,<br>　　　　　　　　Defendant. | **NOTICE OF MOTION TO**<br>**WITHDRAW AS COUNSEL**<br><br>**CASE NO. 19-CR-00257-WJM** |

_____

     **PLEASE TAKE NOTICE** that upon Counsel's Affirmation in Support of their Motion to Withdraw, all prior proceedings had herein, and all matters of which the Court may take judicial notice, Counsel will move this Court, as soon as counsel may be heard, for an Order, permitting Meghan DuPuis Maurus to withdraw as counsel in this matter, and for such other and further relief as may be just and proper.

Dated:  San Diego, CA
        December 4, 2020

 

Respectfully Submitted,

*Meghan DuPuis Maurus*
_____

Meghan D. Maurus
2364 Paseo de las Americas, 104-301
San Diego, CA 92154
(917) 204-1436

## CERTIFICATE OF DIGITAL SUBMISSION

No privacy redactions were required in this petition and hence no such redactions were made. No paper copies are required pursuant to Circuit Rule 27.2.

/s/
Meghan D. Maurus

## CERTIFICATE OF SERVICE

On December 4, 2020, I caused the foregoing to be filed with this Court and served on all parties via the Court's CM/ECF filing system.

/s/
Meghan D. Maurus