FD-302 (Rev. 5-8-10)

-1 of 2-

**FEDERAL BUREAU OF INVESTIGATION**



Date of entry    05/07/2020

ROBERT CORDOVA, Special Investigative Services (SIS) Lieutenant, Federal Correctional Institution (FCI), 5880 Highway 67 South, Florence, Colorado, telephone number ▓▓▓▓▓▓▓▓, was telephonically interviewed. After being advised of the identity of the interviewing Agent and the nature of the interview, CORDOVA provided the following information:

He has been employed by the Bureau of Prisons (BOP) since November 2002 and has been at the FCI since February 2018. As an SIS Lieutenant, he is responsible for investigating incidents that occur within the institution involving inmates and staff.

When an incident occurs, the SIS staff will save video from as many cameras as they have that capture the incident. In determining how much video to save before and after the incident, they identify any activity that is vital to the investigation and would be relevant to the after action report.

The after action review is conducted by medical staff, the captain, associate wardens, and the warden to ensure staff are following policy and no staff misconduct occurred. Therefore, the SIS will start saving video from far enough before the incident to see what precipitated the event and follow through until the incident is controlled. The after action report and video is subsequently sent to region for additional review after the local review.

In the case of ERIC KING's, register number (reg no) 27090-045, assault on Officer DONALD WILCOX, CORDOVA and SIS staff reviewed the video. There were only two cameras that captured the incident; there was the still camera on the gazebo and the pantel zoom camera on the gazebo. Of note, the pantel zoom camera stays stationary until an incident occurs, at which time either control or the SIS zooms the camera in on the incident.

---

Investigation on  05/07/2020  at  Colorado Springs, Colorado, United States (Phone)

File # ▓▓▓▓▓▓▓▓                               Date drafted  05/07/2020

by  CRONAN AMBER K

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

DEFENDANT'S EXHIBIT G - PAGE 1        INV_0924

Continuation of FD-302 of (U) Interview of Robert Cordova, On 05/07/2020, Page 2 of 2

From a review of the camera video, CORDOVA and the SIS staff starting saving the video of KING from when he was walking toward the lieutenant's office. There was a camera that would have captured KING exiting his unit, but CORDOVA did not feel it was necessary to save that video because nothing occurred at that time. Additionally, the video from the gazebo captured KING walking up to the lieutenant's office, sitting outside the office door, and the beginning of KING's interactions with staff. The SIS continued saving video from the camera until KING was taken to the Special Housing Unit (SHU).

Once KING was inside the SHU, CORDOVA and SIS did not save the video from the SHU cameras that would have shown KING being moved from the door of the SHU to the holding cell. They did not think to save the video of KING being moved from the door of the SHU to the holding cell because KING was being complaint at that time. Once KING was in the holding cell, staff video recorded the placement of KING in four point restraints and being held in the cell.

The video from the NICE vision cameras was downloaded and saved onto an external harddrive. The video from the handheld cameras was downloaded onto CDs, placed into evidence, and sent to region for the after action review. CORDOVA could not recall if he downloaded the video of this incident or if another SIS staff member downloaded the video.

All of the video CORDOVA and the SIS office retained regarding this incident has been provided.

Following the interview, CORDOVA forwarded the writer copies of the 583 Report of Incident and 586 After Action Review for this incident. The documents were digitally attached to this FD-302.