# FINAL LIST OF PROPOSED EXHIBITS

CASE NO. 19-cr-00257    PLAINTIFF'S LIST: ☒    DEFENDANT'S LIST: ☐    THIRD PTY DEFTS. LIST: ☐

CASE CAPTION United States vs. King        DATE 10/12/2021

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Wilcox | Photo: outside Lt's office FCI | X | X | | | | | |
| 2 | Wilcox | Photo: Door Lt Office | X | X | | | | | |
| 3 | Wilcox | Photo: Lt's Office door open | X | X | | | | | |
| 4 | Wilcox | Photo: Hallway | X | | | | | | |
| 5 | Wilcox | Photo: Hallway opposite view | X | | | | | | |
| 6 | Wilcox | Photo: LT Office Assault | X | X | | | | | |
| 7 | Wilcox | Photo: view from office to hall | X | X | | | | | |
| 8 | | Photo: Bloody floor | X | X | | | | | |
| 9 | | Photo: Bloody floor | X | X | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 10 | | Photo: hallway with blood | X | X | | | | | |
| 11 | | Photo: close-up of hallway with blood | X | | | | | | |
| 12 | | Photo: close-up hallway | X | | | | | | |
| 13 | | Photo: floor of room | X | X | | | | | |
| 14 | | Photo: floor of room | X | X | | | | | |
| 15 | Wilcox | Photo: Glasses | X | X | | | | | |
| 16 | Wilcox | Photo: glasses close up | X | X | | | | | |
| 17 | | Photo: King shirt front | X | X | | | | | |
| 18 | | Photo: King shirt back | X | X | | | | | |
| 19 | | Photo: King pants | X | X | | | | | |
| 20 | | Photo: King shoes | X | X | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 21 | | Photo: King shoes with blood | X | X | | | | | |
| 22 | Wilcox | Photo: Wilcox shirt | X | | | | | | |
| 23 | | Photo: Diagram of Lt's offices | X | X | | | | | |
| 24 | Wilcox | Photo: Wilcox hands | X | | | | | | |
| 25 | Wilcox | Photo: Wilcox injuries | X | | | | | | |
| 26 | Wilcox | Photo: Wilcox mouth | X | | | | | | |
| 27 | Wilcox | Photo: Wilcox eye | X | | | | | | |
| 28 | | Photo King 8/17/2018 | X | X | | | | | |
| 29 | | King's Shirt | | | | | | | |
| 30 | | King's pants | | | | | | | |
| 31 | Wilcox | Wilcox's shirt | | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 32 | | St. Thomas More Medical Records | X | X | | | | | |
| 33 | | Pueblo Bone and Joint Medical Records | X | | | | | | |
| 34 | | | | | | | | | |
| 35 | | King sentencing transcript excerpt | X | | | | | | |
| 36 | | King Email 8/17/2018 | X | X | | | | | |
| 37 | | King statements to CO Gustafson | | | | | | | |
| 38 | | King letter May 2020 | | | | | | | |
| 100 | Wilcox | Donald Wilcox Statement | | | | | | | |
| 101 | Kammrad | Lt. Jeffrey Kammrad Statement | | | | | | | |
| 102 | Brink | Terra Brink Statement | | | | | | | |
| 103 | Batouche | Ronald Batouche Statement | | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 104 | Fabroni | Loreena Fabroni Statement | | | | | | | |
| 105 | Reynolds | Lt. Leann Reynolds Statement | | | | | | | |
| 108 | Gustafson | Dustin Gustafson Statement | | | | | | | |
| 109 | Smith | Joshua Smith Statement | | | | | | | |