IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Case No. 1:19-cr-257-WJM

UNITED STATES OF AMERICA,

Plaintiff

v.

Eric King,

Defendant

---

**DEFENDANT'S FINAL PROPOSED EXHIBIT LISTS**

---

Defendant Eric King, by and through counsel, hereby submits the enclosed exhibit lists, Final List of Proposed Exhibits and Defendant's List of Proposed Exhibits-Not for Admission for the jury.

Further, Mr. King's seeks leave from this Court to permit further filing and amendment of the enclosed exhibit lists because the government has indicated verbally it is working to provide some of Defense's critical requested materials, but it is unclear if the government has produced all outstanding discovery.Further, the court has not yet ruled on any of the defense's motion to compel.

Additional discovery is very likely to be produced after the Court's Trial Preparation deadlines and will require Mr. King to add to these existing lists at a later date.

Dated September 24, 2021.

Respectfully submitted,

*/s/ Lauren C. Regan*
Lauren C. Regan, Attorney at Law
The Civil Liberties Defense Center
Oregon State Bar #970878
1430 Willamette St. #359
Eugene, Oregon 97401
541.687.9180
lregan@cldc.org

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all other counsel of record.

*/s/ Lauren C. Regan*
Lauren C. Regan, Attorney at Law
The Civil Liberties Defense Center

**FINAL LIST OF PROPOSED EXHIBITS**

CASE NO. **1:19-cr00257-WJM** PLAINTIFF'S LIST: ☐ DEFENDANT'S LIST: ☒ THIRD PTY DEFTS. LIST: ☐

CASE CAPTION **USA** vs. **KING** DATE **09/24/21**

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A | Kammrad/ White/Garduno | Placing King in 4-point restraints | **x** | | | | | | -- |
| B | Batouche | Video of removing King's 4-pt restraints/ "medical assessment" | **x** | | | | | | INV0295 |
| C | Cordova | Video From Florence Gazebo | **x** | **x** | | | | | INV325 |
| D | Kammrad/ Reynolds/ White/Lopez/Fabroni | After Action Video | **x** | | | | | | INV0286 |
| E | Kammrad | Lt. 2 Hr. Restraint Check | **x** | | | | | | INV0926-927 |
| F | King/Troll | 1 of 3 photos of King's black eye during Miranda Interview | **x** | | | | | | Screen grab from INV041 |
| G | King/ Troll | 2 of 3 photos of King's black eye during Miranda Interview | **x** | | | | | | Screen grab from INV041 |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| H | King/Troll | 3 of 3 photos of King's black eye during Miranda Interview | x | | | | | | Screen grab from INV041 |
| I | Troll | Medical Assessment of King on August 21, 2018 | x | | | | | | -- |
| J | King | Post-Miranda Interview King | x | x | | | | | INV041 |
| K | Cordova/Cronan | Inmate Investigative Report and DH | x | | | | | | INV0440-446 |
| L | Regan | Sketch 8-17 | x | x | | | | | INV 855-856 |
| M | Wilcox/Kammrad | After Action Video-Wilcox | x | | | | | | INV0285 |
| N | Wilcox | Workers Compensation claim | x | x | | | | | INV0730-733 |
| O | Wilcox/ Gutierrez | Admin Notes | x | | | | | | INV0705-706 |
| P | Wilcox/ Gutierrez | Administrative Worksheet Signed | x | | | | | | INV846-848 |
| Q | Wilcox | Communications Training | x | | | | | | INV884-895 |
| R | Wilcox | Communication Skills - PP - FY2018.pdf | x | | | | | | INV896-917 |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| S | Wilcox | Wilson v. Wilcox; 14-CV-0421-MSK | **x** | | | | | | -- |
| T | Wilcox | Standard of Employee Conduct | Self-authenticating | | | | | | PS01-256 |
| U | Fabroni/ Batouche | BOP Medical Care Manual | Self-Authenticating | | | | | | -- |
| V | Cordova/Cronan | BOP Inmate Discipline Program | Self-Authenticating | | | | | | -- |
| W | Cordova/Cronan | Prosecution BOP Manual | Self-Authenticating | | | | | | -- |
| X | Kammrad/ Wilcox/Reynolds/White/Brink/Erc | Manual on Use of Force | Self-Authenticating | | | | | | -- |
| Y | King/Swedish records custodian | Records of Gustafson assault | **x** | | | | | | -- |
| Z | Wilcox/Kammrad/Reynolds/White/Gutierrez/Regan | King's face | **x** | | | | | | INV0769 |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A1 | Wilcox/Kammrad/Reynolds/White/Gutierrez/Regan | King's Face (right) | x | | | | | | INV0770 |
| A2 | Wilcox/Kammrad/Reynolds/White/Gutierrez/Regan | Kings face (left) | x | | | | | | INV0771 |
| A3 | Wilcox/Kammrad/Reynolds/White/Gutierrez/Regan | King's leg | x | | | | | | INV0777 |
| A4 | Wilcox/Kammrad/Reynolds/White/Gutierrez/Regan | Looking inside storage room | x | | | | | | INV0793 |
| A5 | Wilcox/Kammrad/Reynolds/White/Gutierrez/Regan | Smeared blood #2 | x | | | | | | INV0809 |
| A6 | Wilcox/Kammrad/Reynolds/White/Gutierrez/Regan | King's glasses | | | | | | | INV0813 |
| A7 | Wilcox/Kammrad/Reynolds/Wh | King's glasses | | | | | | | INV0814 |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| | ite/Gutierrez/Regan | | | | | | | | |
| A8 | Wilcox/Kammrad/Reynolds/White/Gutierrez/Regan | Lt. hallway | x | x | | | | | INV0815 |
| A9 | Wilcox/Kammrad/Reynolds/White/Gutierrez/Regan | Lt. Hallway | x | | | | | | INV0816 |
| A10 | Wilcox/Kammrad/Reynolds/White/Gutierrez/Regan | Storage room slightly cleared | x | | | | | | INV0818 |
| A11 | Wilcox/Kammrad/Reynolds/White/Gutierrez/Regan | Inside storage room | x | x | | | | | INV0819 |
| A12 | Wilcox/Kammrad/Reynolds/White/Gutierrez/Regan | Front of Wilcox's pants | x | x | | | | | INV0833 |
| A13 | Wilcox/Kammrad/Reynolds/White/Gutierrez/Regan | Back of Wilcox's pants | x | x | | | | | INV0834 |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A14 | Wilcox/Kammrad/Reynolds/White/Gutierrez/Regan | Inside storage room | x | x | | | | | PHOTO01 |
| A15 | Wilcox/Kammrad/Reynolds/White/Gutierrez/Regan | Lockers in storage room | x | | | | | | PHOTO04 |
| A16 | Wilcox/Kammrad/Reynolds/White/Gutierrez/Regan | Lockers in storage room | x | | | | | | PHOTO05 |
| A17 | Wilcox/Kammrad/Reynolds/White/Gutierrez/Regan | Inside storage room | x | x | | | | | PHOTOS06 |
| A18 | Wilcox/Kammrad/Reynolds/White/Gutierrez/Regan | Inside storage room | x | x | | | | | PHOTO08 |
| A19 | Wilcox/Kammrad/Reynolds/White/Gutierrez/Regan | Storage room size | x | | | | | | PHOTO09 |
| A20 | Wilcox/Kammrad/Reynolds/Wh | Storage room with bucket | x | | | | | | PHOTO012 |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| | ite/Gutierrez/Regan | | | | | | | | |
| A21 | Wilcox/Kammrad/Reynolds/White/Gutierrez/Regan | Entry to storage room | x | | | | | | PHOTO016 |
| A22 | Wilcox/Kammrad/Reynolds/White/Gutierrez/Regan | Lt.'s Office, inside | x | x | | | | | PHOTO017 |
| A23 | Wilcox/Kammrad/Reynolds/White/Gutierrez/Regan | Lt. hallway | x | x | | | | | PHOTO019 |
| A24 | Wilcox/Kammrad/Reynolds/White/Gutierrez/Regan | entry to storage room and office | x | x | | | | | PHOTO020 |
| A25 | Wilcox/Kammrad/Reynolds/White/Gutierrez/Regan | Lt. Office entries | x | x | | | | | PHOTO021 |
| A26 | Wilcox/Kammrad/Reynolds/White/Gutierrez/Regan | Inside SHU | x | | | | | | PHOTO037 |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A27 | Harvey/Cordova/King | SHU Video 1 | x | | | | | | INV0290 |
| A28 | Harvey/Cordova/King | SHU Video 2 | x | | | | | | INV0291 |
| A29 | Harvey/Cordova/King | SHU Video 3 | x | | | | | | INV0292 |
| A30 | Harvey/Cordova/King | SHU Video 4 | x | | | | | | INV0293 |
| A31 | Harvey/Cordova/King | SHU Video 5 | x | | | | | | INV0294 |
| A32 | Harvey/Cordova/King | SHU Video 6 | x | | | | | | INV0296 |
| A33 | Harvey/Cordova/King | SHU Video 7 | x | | | | | | INV0297 |
| A34 | Harvey/Cordova/King | SHU Video 8 | x | | | | | | INV0298 |
| A35 | King/Troll | Enlarged booking photo of King | x | | | | | | Enlarged INV0838 |
| A36 | Wilcox | Photo of Wilcox's hands | x | | | | | | INV0287 |
| | | | | | | | | | |
| | | | | | | | | | |

**DEFENDANT LIST OF PROPOSED EXHIBITS-NOT FOR ADMISSION FOR JURY**

CASE NO. **1:19-cr00257-WJM** PLAINTIFF'S LIST: ☐ DEFENDANT'S LIST: ☒ THIRD PTY DEFTS. LIST: ☐

CASE CAPTION **USA** vs. **KING** DATE **09/24/21**

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| B1 | Wilcox | 4-22-2019 Wilcox FBI interview | | | | | | | INV0429-430 |
| B2 | Wilcox | Wilcox Incident Report | | | | | | | INV0462 |
| B3 | Wilcox | Injury assessment-Wilcox | | | | | | | INV722 |
| B4 | Wilcox | Video of Wilcox debrief | | | | | | | INV0285 |
| B5 | Wilcox | Cordova report on Wilcox misconduct | | | | | | | INV0440-441 |
| B6 | Batouche | 8/17/2018 Medical Review of King | | | | | | | -- |
| B7 | Brink | BOP 583 Memo-Brink | | | | | | | INV0764 |
| B8 | Brink | Photo of Wilcox's hands | | | | | | | INV0767 |
| B9 | Kammrad | BOP Memo-Kammrad | | | | | | | INV032-34 |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| B10 | Kammrad | BOP 583 Memo-Kammrad | | | | | | | INV0761 |
| B11 | Kammrad | 4/22/2019 Kammrad FBI Interview | | | | | | | INV0431 |
| B12 | Kammrad | 586 After Action Form | | | | | | | Not marked |
| B13 | Kammrad | Injury assessment-Kammrad | | | | | | | INV0720 |
| B14 | Kammrad/ Fabroni/Reynolds/ White/ Gaurdno/ Carroll | Staff video debrief | | | | | | | INV0286 |
| B15 | Fabroni | 8/17/2018 Medical assessment Fabroni | | | | | | | INV037-39 |
| B16 | Reynolds | BOP 583 Memo-Reynolds | | | | | | | INV0760 |
| B17 | Reynolds | Injury assessment-Reynolds | | | | | | | INV0721 |
| B18 | Cordova/Cronan | FBI report regarding King's DHO proceedings | | | | | | | INV432-446 |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| B19 | Cronan/Gutierrez/Regan | FBI Collected Items Blog | | | | | | | INV0309-324 |
| B20 | Cronan/Gutierrez/Regan | FBI crime scene log | | | | | | | INV0849 |
| B21 | Cronan/Cordova | 11/16/2018 report regarding King's medical abuse allegations | | | | | | | INV414-417 |
| B22 | Gutierrez/ Regan | BOP Chain of custody log | | | | | | | INV0453-461 |
| B23 | Gutierrez/ Regan | Photolog | | | | | | | INV0711-714 |
| B24 | Gustafson | 4-3-2020 allegation | | | | | | | INV0990-993 |
| B25 | Gustafson | 4-3-2020 Injury assessment-Gustafson | | | | | | | INV0997 |
| B26 | Gustafson | 5-6-2020 incident report-Gustafson | | | | | | | INV01010 |
| B27 | Gustafson | 4-3-2020 allegation-video | | | | | | | INV1064 |
| B28 | Cordova | 9-17-2018 Cordova FBI report | | | | | | | INV0134-137 |
| B29 | Cordova | 10-11-2019 FBI Report-Cordova | | | | | | | INV0447-451 |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| B30 | Cordova | 5-7-2020 FBI Report Cordova | | | | | | | -- |
| B31 | Cordova/Coronana | DHO Hearing Packet provided on 9-23-2021 | | | | | | | INV01114-1224 |
| B32 | Kammrad | B+W photos of King from 8-17-2018 | | | | | | | INV01136 |
| B33 | Cordova | February 6, 2019 email | | | | | | | INV01151-1156 |
| B34 | Regan | BOP Memo-Regan | | | | | | | INV0765 |
| B35 | White | 9-10-2018 FBI Interview-White | | | | | | | INV0131-133 |
| B36 | White | Injury Assessment-White | | | | | | | INV0724 |
| B37 | White | BOP Memo-White | | | | | | | INV0756 |
| B38 | Carroll | 10-3-2018 FBI Interview Carroll | | | | | | | INV0296-298 |
| B39 | Garduno | 11-28-2018 FBI interview-Garduno | | | | | | | INV0418-420 |
| B40 | Garduno | Injury assessment-Garduno | | | | | | | INV0723 |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| B41 | Garduno | BOP Memo-Garduno | | | | | | | INV0757 |
| B42 | Harvey | 11/28/2018 FBI Interview Harvey | | | | | | | INV0421-423 |
| B43 | Harvey | BOP Memo-Harvey | | | | | | | INV00752 |
| | | | | | | | | | |
| | | | | | | | | | |