IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Criminal Case No. 19-cr-0257-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIC KING,

    Defendant.

---

**ORDER DENYING AS MOOT DEFENDANT'S REQUEST FOR NOTICE OF THE GOVERNMENT'S INTENTION TO INTRODUCE EVIDENCE PURSUANT TO FRE 404(b)**

---

The Government charges Defendant Eric King with one count of assaulting or obstructing a federal official in violation of 18 U.S.C. § 111(a)(1), (b). (ECF No. 1.)

Before the Court is Defendant's Request for Notice of the Government's Intention to Introduce Evidence Pursuant to FRE 404(b) ("Request for Notice"), filed on September 13, 2021. (ECF No. 102.) Defendant requests that the Court order the Government to disclose its intention to introduce evidence pursuant to Federal Rule of Evidence 404(b) by September 12, 2021—one day *before* the Request for Notice itself was filed. (*Id.*)

On September 24, 2021, the Government filed its response, noting that under the Discovery Conference Memorandum and Order in this case, the Government was directed to provide its Rule 404(b) notice to Defendant no later than 21 days prior to trial. (ECF No. 127 at 1–2 (citing ECF No. 10 at 4).) On September 21, 2021, which is

21 days before this trial is set to begin on October 12, 2021, the Government provided notice of its Rule 404(b) evidence to Defendant. (ECF No. 127-1.)

Given the Government's compliance with the deadline for providing notice of its Rule 404(b) evidence, the Request for Notice (ECF No. 102) is DENIED AS MOOT.

Dated this 24th day of September, 2021.

BY THE COURT:

_____
William J. Martinez
United States District Judge