# FINAL LIST OF PROPOSED EXHIBITS

CASE NO:    19-cr-257-WJM    PLAINTIFF'S LIST: ☒     DEFENDANT'S LIST: ☐     THIRD PTY DEFTS. LIST: ☐

CASE CAPTION    *United States* vs. *Eric King*    DATE    October 14, 2021

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | White/ Kammrad | Video clip of defendant in Striker chair | X | | | | | | Bates INV00870 (approx.. 0:00 to 0:35) |
| 2 | Kammrad/ Santisteven | Lt. 2-hr restraint check form | X | | | | | | Bates INV00926-27 |
| 3 | Kammrad/ Santisteven | 15-minute restraint check form | X | | | | | | Bates INV_00928-29 |
| 4 | Kammrad/ Santisteven | Photos of defendant in 4-point restraints | X | | | | | | Bates INV_00769, 774 |
| 5 | Kammrad/ Santisteven | Video clip of defendant in soft restraints | X | | | | | | Bates INV_00866 (approx. 18:14 to 19:00) |
| 6 | Silva | Miranda form – August 20, 2018 interview | X | | | | | | Bates INV_00467 |
| 7 | Silva | Video – August 20, 2018 interview | X | | | | | | Bates INV_00468 |
| 8 | Bryant | DHO Report (version 1) | X | | | | | | Bates INV_00443-46, |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 9 | Bryant | DHO Report (version 2) | | | | | | | Bates INV_1113-17 |
| 10 | Bryant | Advice of rights form for DHO Report | | | | | | | Bates INV_1124 |