# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martínez

Case No. 19-cr-00257                                          Date 10/14/2021

Case Title: United States vs. King

## PLAINTIFF FINAL WITNESS LIST

| WITNESS & DATE | PROPOSED LENGTH OF TESTIMONY | | |
|---|---|---|---|
| Richard White | Direct: 15 minutes | Cross: 30 minutes | Total: 45 minutes |
| Lt. Jeffrey Kammrad | Direct: 10 minutes | Cross: 40 minutes | Total: 50 minutes |
| Jared Santisteven | Direct: 15 minutes | Cross: 30 minutes | Total: 45 minutes |
| Capt. David Root | Direct: 10 minutes | Cross: 30 minutes | Total: 40 minutes |
| Lt. Francisco Silva | Direct: 25 minutes | Cross: 30 minutes | Total: 55 minutes |
| Rebecca Bryant | Direct: 15 minutes | Cross: 30 minutes | Total: 45 minutes |