# FINAL LIST OF PROPOSED EXHIBITS

CASE NO. __1:19-cr00257-WJM__     PLAINTIFF'S LIST: ☐     DEFENDANT'S LIST: ☒     THIRD PTY DEFTS. LIST: ☐

CASE CAPTION _____**USA**_____ vs. _____**KING**_____ DATE _____**10/14/21**_____

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A | Bryant, White | BOP inmate discipline manual 5270.09 | | | | | | | |
| B | Bryant | Inmate Criminal Referral Policy | | | | | | | |
| C | Bryant, Kammrad, White | 583 Report | | | | | | | INV918-921 |
| D | Bryant, Kammrad | Inmate Investigative Report | | | | | | | INV435-439 |
| E | Kammrad | Memo to Giconi | | | | | | | INV32-34 |
| F | Kammrad | 9/2021 interview re: SHU cameras | | | | | | | INV1381 |
| G | Kammrad, White, Silva, Santistevan | BOP Use of Force Program Statement 5566.06 | | | | | | | |
| H | Kammrad | 4/22/18 FBI Interview Kammrad | | | | | | | INV431 |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| I | Kammrad | 8/17/18 BOP Memo from Kammrad | | | | | | | INV761 |
| J | Kammrad | 8/17/18 Email re Memo from Kammrad | | | | | | | INV872 |
| K | Kammrad | 9/17/18 FBI Interview Kammrad | | | | | | | INV123-126 |
| L | Kammrad | BOP ROI (Use of Force Report) | | | | | | | INV463 |
| M | Kammrad | Form 586 | | | | | | | ~~INV922-923~~ |
| N | Kammrad | Injury Assessment (Kammrad) | | | | | | | INV720 |
| O | Kammrad | All staff debrief | | | | | | | INV860 |
| P | Kammrad | Gazebo video | | | | | | | INV871 |
| Q | Kammrad | Putting EK in 4 point restraints video | | | | | | | INV870 |
| R | Santistevan | Removing EK 4-point/"medical assessment" | | | | | | | INV866 |
| S | Santistevan | M2U00155_WMVV9.wmv | | | | | | | INV861, M2U00155_WMVV9.wmv |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| T | Santistevan | M2U00156_WMV V9.wmv | | | | | | | INV 862, M2U00156_WMV V9.wmv |
| U | Santistevan | M2U00157_WMV V9.wmv | | | | | | | INV 863, M2U00157_WMV V9.wmv |
| V | Santistevan | M2U00158_WMV V9.wmv | | | | | | | INV864, M2U00158_WMV V9.wmv |
| W | Santistevan | M2U00160_WMV V9.wmv | | | | | | | INV865, M2U00160_WMV V9.wmv |
| X | Santistevan | M2U00162_WMV V9.wmv | | | | | | | INV866, M2U00162_WMV V9.wmv |
| Y | Santistevan | M2U00163_WMV V9.wmv | | | | | | | INV867, M2U00163_WMV V9.wmv |
| Z | Santistevan | M2U00164_WMV V9.wmv | | | | | | | INV868, M2U00164_WMV V9.wmv |
| A1 | White | White Injury Assessment | | | | | | | INV044 |
| A2 | White | Lt. Memo | | | | | | | INV048 |
| A3 | White | FBI R. White | | | | | | | INV131-2 |
| A4 | White, Silva, Santistevan | BOP Special Housing Unit Program Statement 5270.11 | | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | AUTH-ENTICITY | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A5 | Silva | Transcript SIS Interrogation | | | | | | | Generated by CLDC staff from INV466 |
| A6 | Eric King | Eric's redacted letter to Rochelle | | | | | | | |
| A7 | Kammrad/ White | Photo of Storage Room on August 17, 2018 | | | | | | | INV793 |
| A8 | Kammrad/ White | Photo of Storage Room on August 17, 2018 | | | | | | | INV817 |
| A9 | Silva/King | Black Eye photo of Eric | | | | | | | Screen grab from INV468 |
| A10 | Eric King | USP Florence Medical Record | | | | | | | |