*join us in*

# SUPPORTING ERIC KING

An evidentiary hearing will be held on
October 14th at 9:30 AM
Alfred A. Arraj federal courthouse
Courtroom A801

During this hearing,
evidence will be heard
regarding what facts
the jury will be allowed
to hear.

Let's remind
him he is
NOT alone
in this.

COME
DRESSED
FOR
COURT

Identification
Required

**Def.MoPubHrg--Ex. A**