IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Case No. 1:19-cr-257-WJM

UNITED STATES OF AMERICA,

    Plaintiff

v.

Eric King,

    Defendant

---

**DEFENDANT'S WRITTEN WAIVER OF JURY TRIAL PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 23**

---

Eric King, by and through undersigned counsel, provides the following written waiver of a jury trial pursuant to Federal Rule of Criminal Procedure 23(a), which authorizes a non-jury trial if: (1) the defendant waives a jury trial in writing, (2) the government consents, and (3) the court approves.

Dated March 6, 2022.                                Dated March 6, 2022.

/s/ Lauren C. Regan
Lauren C. Regan, Attorney at Law                    ERIC KING
The Civil Liberties Defense Center
Oregon State Bar #970878
1430 Willamette St. #359
Eugene, Oregon 97401
541.687.9180
lregan@cldc.org

1   -   **DEFENDANT'S WRITTEN WAIVER OF JURY TRIAL.**

CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all other counsel of record.

/s/ Lauren C. Regan
Lauren C. Regan, Attorney at Law
The Civil Liberties Defense Center