IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:19-cr-00257-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    ERIC KING,

    Defendant.

## TRIAL STIPULATIONS

The United States of America, by and through Assistant United States Attorney Aaron Teitelbaum, and the defendant, Eric King, through this counsel, Lauren Regan, hereby stipulate to the following:

(1)    Government Exhibit 29 is the defendant's shirt that he was wearing at the time of the alleged incident between Lieutenant Wilcox and the defendant on August 17, 2018. The shirt is in the same or substantially the same condition as it was immediately following the incident. It is further stipulated that Government Exhibit 29 is admitted into evidence.

(2)    Government Exhibit 30 is the defendant's pants that he was wearing at the time of the alleged incident between Lieutenant Wilcox and the defendant on August 17, 2018. The pants are in the same or substantially the same condition as they were immediately following the incident. It is further stipulated that Government Exhibit 30 is admitted into evidence.

(3) Government Exhibit 31 is the defendant's glasses that he was wearing at the time of the alleged incident between Lieutenant Wilcox and the defendant on August 17, 2018.  The glasses are in the same or substantially the same condition as they were immediately following the incident.  It is further stipulated that Government Exhibit 31 is admitted into evidence.

(4) Government Exhibit 32 is Lieutenant Wilcox's shirt that he was wearing at the time of the alleged incident between Lieutenant Wilcox and the defendant on August 17, 2018.  The shirt is in the same or substantially the same condition as it was immediately following the incident.  It is further stipulated that Government Exhibit 32 is admitted into evidence.

(5) Government Exhibit 33 is Lieutenant Wilcox's pants that he was wearing at the time of the alleged incident between Lieutenant Wilcox and the defendant on August 17, 2018.  The pants are in the same or substantially the same condition as they were immediately following the incident.  It is further stipulated that Government Exhibit 33 is admitted into evidence.