IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Case No. 1:19-cr-257-WJM

UNITED STATES OF AMERICA,

        Plaintiff

v.

Eric King,

        Defendant

---

**DEFENDANT'S SECOND MOTION FOR LEAVE TO FILE AMENDED EXHIBIT LIST**

---

Pursuant to this Court's Revised Practice Standard (IV.B.4.a)( IV.B.4.b) and the Court's Orders at the March 7, 2022 Pre-Trial Conference, which would prohibit additions to an Exhibit List at this time,  Defendant Eric King, moves for leave of this Court to file an Amended Exhibit List adding two additional exhibits not discussed during the Pre-Trial Conference. The Government does not object. There is good cause to allow leave to file amended lists based on the following circumstances:

On March 7, 2022, at 12:14pm Attorney for the Government Aaron Teitelbaum emailed Defense Counsels Lauren Regan and undersigned a one-page email from Government witness Loreena Fabroni summarizing her thoughts regarding her "medical assessment" of Mr. King, conducted on August 17, 2018, after reviewing the video of the assessment. The email contains explanations of Ms. Fabroni's actions and her own reflections regarding the medical care she provided to Mr. King after he was assaulted. The final two lines of the email are redacted. The discovery is relevant to effective cross examination of Ms. Fabroni. Unfortunately, Mr. King's third counsel, Sandra Freeman,

was not included on the email, and Counsels included in the email did not see the email until after the Pre-Trial Conference on March 7, 2022 was concluded; therefore, addition of the email to Mr. King's Final Exhibit List was not addressed during the Conference.

On March 8, 2022 at 4:36pm, the Government provided a new four-page FBI interview of Marsha Coberly, the nurse who assessed Lt. Wilcox's facial injuries at the hospital on August 17, 2018. The interview addresses Ms. Coberly's recollections as it relates to her assessment of Lt. Wilcox. The discovery is relevant to effective cross examination of Ms. Coberly, as well as of Lt. Wilcox. As this discovery was not provided until after the Pre-Trial Conference on March 7, 2022, addition of the new FBI interview to Mr. King's Final Exhibit List was not addressed during the Pre-trial Conference.

Mr. King seeks leave to add the March 7, 2022 email of Loreena Fabroni and the March 8, 2022 FBI interview of Marsha Coberly to Mr. King's Final Exhibit List as Exhibits B1 and B2, respectively. Mr. King was unable to seek this amendment at an earlier time and in compliance with the Court's orders because he was unaware of the discovery. Should the exhibits list remain unchanged from their latest filings, they will hamper the presentation of Mr. King's defense. The Court should grant Mr. King leave to file amended exhibit lists based on these changes in circumstances.

Dated March 10, 2022.

Respectfully submitted,

*/s/ Sarah Alvarez*
Sarah Alvarez, Attorney at Law
The Civil Liberties Defense Center
Oregon State Bar #182999
1430 Willamette St. #359
Eugene, Oregon 97401
541.687.9180
salvarez@cldc.org

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all other counsel of record.


_/s/ Sarah Alvarez_
Sarah Alvarez, Attorney at Law
The Civil Liberties Defense Center