IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

| | |
|---|---|
| Date: | March 15, 2022 |
| Deputy Clerk: | Heidi L. Guerra |
| Court Reporter: | Mary George |
| Law Clerks: | Susan Jacoby and Cooper Alison-Mayne |

| | |
|---|---|
| Criminal Action No. **1:19-cr-00257-WJM-1** | Counsel: |
| UNITED STATES OF AMERICA, | Aaron M. Teitelbaum |
| | Valeria N. Spencer |
| Plaintiff, | |
| v. | |
| ERIC KING, | Lauren Christelle Regan |
| | Sarah Ann Alvarez |
| | Sarah C. Freeman |
| Defendant. | |

## COURTROOM MINUTES

**Jury Trial, Day 2**

**8:47 a.m.**     **Court in session.** Jury not present.

Defense brought up BOP issue.

**ORDERED:** Government nor witnesses not to review materials from defendant's cell. Directing the government to update the court with further information after lunch.

USM addressed court. Directed to advise BOP about Defendant's relocation. Directing the USM to update the court with further information after lunch.

Government brought up issue of line of sight to witnesses for jurors seated at 12 and 12A. Jurors may move up if needed.

**8:59 a.m.**     Jury present.

9:02 a.m.    Government's witness Mr. Donald Wilcox is called and reminded that he is still under oath.

Direct examination of Mr. Donald Wilcox by Mr. Teitelbaum.

Government's Exhibits 24, 25, 26, 27, and 32 are admitted into evidence.

Cross-examination of Mr. Donald Wilcox by Ms. Regan.

Defendant's Exhibits T, A63, and A82 are admitted into evidence.

**10:19 a.m.    Court in recess.**
**10:41 a.m.    Court in session.** Jury present.

Continued cross-examination of Mr. Donald Wilcox by Mr. Teitelbaum.

Cross-examination of Mr. Donald Wilcox by Ms. Regan.

Government's Exhibit 8 is admitted into evidence.

Redirect examination of Mr. Donald Wilcox by Mr. Teitelbaum.

Mr. Donald Wilcox is excused.

Government's witness Ms. Marsha Coberly is called and placed under oath by Courtroom Deputy.

Direct examination of Ms. Marsha Coberly by Ms. Spencer.

Government's Exhibits 34 is admitted into evidence.

Cross-examination of Ms. Marsha Coberly by Ms. Freeman.

Redirect examination of Ms. Marsha Coberly by Ms. Spencer.

Ms. Marsha Coberly is excused.

**12:32 p.m.    Court in recess.**
**1:34 p.m.    Court in session.**

Government updated the court on BOP issue.

USM updated the court on BOP issue.

**ORDERED:** Defendant's oral motion for evidentiary hearing and motion for photograph are denied.

**1:52 pm** Jury present.

1:54 p.m. Government's witness Mr. Jeffrey Kammrad is called and placed under oath by Courtroom Deputy.

Direct examination of Mr. Jeffrey Kammrad by Ms. Spencer. Witness identified the defendant.

Government's Exhibits 23 is admitted into evidence.

Cross-examination of Mr. Jeffrey Kammrad by Ms. Alvarez.

| | |
|---|---|
| **2:50 p.m.** | **Court in recess.** |
| **3:07 p.m.** | **Court in session.** Jury present. |

Continued cross-examination of Mr. Jeffrey Kammrad by Ms. Alvarez.

Defendant's Exhibits B3, B4, B5, B7, B8, and B11 are admitted into evidence.

Redirect examination of Mr. Jeffrey Kammrad by Ms. Spencer.

Mr. Jeffrey Kammrad is excused.

4:02 p.m. Government's witness Ms. Leann Reynolds is called and placed under oath by Courtroom Deputy.

Direct examination of Ms. Leann Reynolds by Ms. Spencer.

Cross-examination of Ms. Leann Reynolds by Ms. Alvarez.

Ms. Leann Reynolds is excused.

4:32 p.m. Government's witness Ms. Terra Brink Maine is called and placed under oath by Courtroom Deputy.

Direct examination of Ms. Terra Brink Maine by Ms. Spencer.

Cross-examination of Ms. Terra Brink Maine by Ms. Alvarez.

Ms. Terra Brink Maine is excused.

4:57 p.m.     Jury released, to return at 8:35 a.m. on Wednesday, March 16, 2021.

Discussion held regarding upcoming witnesses and trial clock as stated on the record.

**5:09 p.m.**     **Court in recess.**

Trial continued.

Total time in court: 6 hours 41 minutes