IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

| | |
|---|---|
| Date: | March 17, 2022 |
| Deputy Clerk: | Heidi L. Guerra |
| Court Reporter: | Mary George |
| Law Clerks: | Susan Jacoby and Cooper Alison-Mayne |

| | |
|---|---|
| Criminal Action No. **1:19-cr-00257-WJM-1** | Counsel: |
| UNITED STATES OF AMERICA, | Aaron M. Teitelbaum |
| | Valeria N. Spencer |
| Plaintiff, | |
| v. | |
| ERIC KING, | Lauren Christelle Regan |
| | Sarah Ann Alvarez |
| | Sarah C. Freeman |
| Defendant. | |

### COURTROOM MINUTES

**Jury Trial, Day 4**

**8:50 a.m.**     **Court in session.** Jury not present.

AUSA issues with defendant's testimony. Denied evidence from defendant's past.

Defendant presents BOP issues. BOP counsel addresses the Court. Further issues with the BOP.

Directing the AUSA to obtain information from the BOP regarding the issues presented to the Court.

9:19 a.m.  Jury present.

9:21 a.m. Defendant's witness Mr. Eric King is recalled and reminded that he is under oath.

Continued Cross-examination of Mr. Eric King by Mr. Teitelbaum.

Mr. Eric King is excused.

9:55 a.m. Defendant's witness FBI Special Agent Amber Cronan is called.

9:57 a.m. Jury excused from courtroom.

Parties discussed issues regarding witness issue and Grand Jury transcript.

**ORDERED:** Defendant's request for Grand Jury transcript denied.

**10:26 a.m.    Court in recess.**
**10:51 a.m.    Court in session.**

Defense will not call final witness and rests.

10:52 a.m. Jury present.

Defendant rests.

Government has no rebuttal witnesses.

10:53 a.m. Jury excused from courtroom.

Defendant's oral Rule 29 motion for acquittal of the Defendant.

Government responds to oral motion.

**ORDERED:** Defendant's oral motion for acquittal is DENIED.

**11:23 a.m.    Court in recess.**
**12:09 a.m.    Court in session.**  Jury not present.

Discussion held regarding jury instructions.

Discussion held on Defendant's [234] Motion to Dismiss Indictment

**12:33 p.m.    Court in recess.**
**1:19 p.m.    Court in session.** Jury not present.

Counsel argue Defendant's [234] Motion to Dismiss Indictment

**ORDERED:** Defendant's [234] Motion to Dismiss Indictment is DENIED.

1:39 p.m. Jury present.

The Court's final set of jury instructions are read to the jury.

2:16 p.m. Government's opening closing argument by Mr. Teitelbaum.

**2:47 p.m.     Court in recess.**
**2:58 p.m.     Court in session.** Jury present.

3:00 p.m. Defendant's closing arguments by Ms. Regan.

3:39 p.m. Government's closing rebuttal argument by Ms. Spencer.

3:55 p.m. Court Security Officer placed under oath by Courtroom Deputy.

3:56 p.m. Jury is escorted to the jury deliberation room by the bailiff to begin deliberations.

Counsel is to stay within 10 minutes of the courthouse.

**3:59 p.m.     Court in recess.**

5:07 p.m.     Jury released, to return at 8:35 a.m. on Friday, March 18, 2021.

Trial continued.

Total time in court: 5 hours 1 minute