IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

| | |
|---|---|
| Date: | March 18, 2022 |
| Deputy Clerk: | Heidi L. Guerra |
| Court Reporter: | Mary George |
| Law Clerks: | Susan Jacoby and Cooper Alison-Mayne |

| | |
|---|---|
| Criminal Action No. **1:19-cr-00257-WJM-1** | Counsel: |
| UNITED STATES OF AMERICA, | Aaron M. Teitelbaum |
| | Valeria N. Spencer |
| Plaintiff, | |
| v. | |
| ERIC KING, | Lauren Christelle Regan |
| | Sarah Ann Alvarez |
| | Sarah C. Freeman |
| Defendant. | |

## COURTROOM MINUTES

**Jury Trial, Day 5**

**8:46 a.m.**    **Court in session.**

All counsel, defendant, and case agent are present in the courtroom.

8:46 a.m. Jury present.

**ORDERED:** Lunches are to be provided to the jury beginning March 18, 2022 and for the duration of deliberation.

8:48 p.m. Jury is escorted to the jury deliberation room by the bailiff to continue deliberations.

Counsel is to stay within 10 minutes of the courthouse.

**8:49 a.m.**    **Court in recess.**

**2:13 p.m.**     **Court in session.**

All counsel, defendant, and case agent are present in the courtroom.

Parties discussed Allen charge models and agreed on Allen charge model 2.

2:17 p.m. Jury present.

Jurors read Allen charge model 2.

2:21 p.m. Jury is escorted to the jury deliberation room by the bailiff to continue deliberations.

**2:22 p.m.**     **Court in recess.**
**5:31 p.m.**     **Court in session.** Jury not present.

All counsel, defendant, and case agent are present in the courtroom.

Parties discussed jurors' question.

The Court prepares a response to the question with input from counsel; response is given to the jury.

**5:42 p.m.**     **Court in recess.**
**6:01 p.m.**     **Court in session.** Jury not present.

6:02 p.m. Jury present.

Verdict tendered to the Court. Court reads verdict.

Jury finds the defendant not guilty as to Count 1 of the Indictment.

6:07 p.m. Jury is discharged.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal.

**6:08 p.m.**     **Court is adjourned and trial is concluded.**

Total time in court:  30 minutes