IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Case Number:	United States of America
v.
Eric King
19-cr-00257-WJM

## NOTE TO COURT

_____ We the jury have reached a verdict.

__X__ We the jury have a question.

Jury asks what must be done if [a] unanimous decision cannot be reached?

3/18/22   1:43
**Date & Time**

**Answer from the Court**

**Date & Time**                    **Judge William J. Martínez**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

**Case Number:**     United States of America
                      v.
                      Eric King
                      19-cr-00257-WJM

## NOTE TO COURT

_____     We the jury have reached a verdict.

✓     We the jury have a question.

Does immediate use of unlawful force extend to direct threat by backing an individual into a corner (In relation to self defese)

**Date & Time**    3/18   4:55

4:59

**Answer from the Court**

_____

_____

_____

_____

_____

_____

_____

**Date & Time**                                          **Judge William J. Martínez**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge William J. Martínez

**Case Number:**  United States of America
v.
Eric King
19-cr-00257-WJM

## NOTE TO COURT

___  We the jury have reached a verdict.

✓  We the jury have a question.

Does immediate use of unlawful force extend to direct threat by backing an individual into a corner (In relation to self defese)

3/18  4:55
**Date & Time**
4:59

**Answer from the Court**

The Court is unable to answer your question directly. The Court directs your attention to The Duty to Follow Instruction instruct— on page 3, as well as The Self Defense instruction on p. 27. The Court will release The Jury for the weekend at 5:55 today.

18 Mar 22
**Date & Time**
5:42p

Judge William J. Martínez

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Case Number:      United States of America
                  v.
                  Eric King
                  19-cr-00257-WJM

## NOTE TO COURT

__✓__  We the jury have reached a verdict.

_____  We the jury have a question.

to the threat of ▓▓▓

3/18  5:52
**Date & Time**

**Answer from the Court**

**Date & Time**                              **Judge William J. Martínez**