IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 19-cr-257-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIC KING,

    Defendant.

---

## VERDICT FORM

---

    Please do not write anything on this form except to check a response and to sign and date the form.

### COUNT ONE

    We, the jury, upon our oaths, unanimously find the defendant, ERIC KING, in Count 1 of the indictment:

    __✓__  Not Guilty

    _____  Guilty


__3/18__
DATE