✎ AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

UNITED STATES OF AMERICA

V.

ERIC KING

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 1:19-cr-00257-WJM

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

William J. Martinez, United States District Judge
Name of Judge          Title of Judge

March 21, 2022
Date